IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LARRY MARTIN, SR.**                                                                     **PLAINTIFF**

**v.**                                           **2:16CV00167 JM**

**CITY OF FORREST CITY,**
**ST. FRANCIS, COUNTY, et al.**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITH PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 7th day of January 2019.

                                                                                                    UNITED STATES DISTRICT JUDGE